IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALEXIS BROWN**  **PLAINTIFF**

VS. NO. 4:22-CV-00502-KGB

**INDEPENDENT CASE MANAGEMENT, INC.**  **DEFENDANT**

## ENTRY OF APPEARANCE

Please take notice that the undersigned counsel, Regina A. Young (96161), of Wright, Lindsey & Jennings LLP, hereby enters her appearance as counsel for defendant Independent Case Management, Inc.

> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, Arkansas 72201-3699
> PH:   (501) 371-0808
> FAX: (501) 376-9442
> EM:   ryoung@wlj.com
>
> By:   Regina Young (96161)
>
> *Attorneys for Independent Case Management, Inc.*