IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALEXIS BROWN**                                                                                           **PLAINTIFF**

vs.                                        No. 4:22-cv-502-KGB

**INDEPENDENT CASE MANAGEMENT, INC.**                                  **DEFENDANT**

## NOTICE OF APPEARANCE—SEAN SHORT

Attorney Sean Short of Sanford Law Firm, PLLC, does hereby enter his appearance on behalf of Plaintiff. Mr. Short certifies that he is a member in good standing of the Bar of the Eastern District of Arkansas and is a registered CM/ECF filer. Mr. Short will serve as counsel along with Plaintiff's other attorneys.

Respectfully submitted,

**ATTORNEY SEAN SHORT**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com