IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALEXIS BROWN**                                                                                  **PLAINTIFF**

vs.                                    No. 4:22-cv-502-DPM

**INDEPENDENT CASE
MANAGEMENT, INC.**                                                                **DEFENDANT**

## MOTION TO WITHDRAW—ATTORNEY DANIEL FORD

Attorney Daniel Ford, an attorney of record herein, for his Motion to Withdraw as counsel for all Plaintiff, states as follows:

1. The undersigned has resigned as a full-time member of the Sanford Law Firm, PLLC, effective 6 October 2023.

2. Josh Sanford and any other attorneys of the Sanford Law Firm, PLLC, who have entered an appearance herein will remain counsel for all Plaintiffs.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Daniel Ford withdrawn and terminated as counsel for Plaintiff.

Respectfully submitted,

**ATTORNEY DANIEL FORD**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com