IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALEXIS BROWN                                                                                              PLAINTIFF

VS.                                            NO. 4:22-cv-502 DPM

INDEPENDENT CASE MANAGEMENT, INC.                                           DEFENDANT

**JOINT MOTION FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

Plaintiff Alexis Brown and Defendant Independent Case Management, Inc. (collectively "the Parties"), by and through their undersigned counsel, request that the Court refer this matter to the magistrate judge presiding over this case for a settlement conference and, for grounds, state:

1. On June 1, 2022, Plaintiff Brown filed this action against Independent Case Management ("ICM") asserting overtime violations of the Fair Labor Standards Act and the Arkansas Minimum Wage Act related to his work as an hourly employee with ICM. *See* ECF Doc. 1, Pl.'s Original Compl., ¶¶ 3,4. Brown was originally a member of a collective action that was filed by Bonnie Norman against ICM ("the Collective Action").[1] On May 23, 2022, Judge Marshall entered an Order in the Collective Action granting ICM's motion for decertification and motion for summary judgment dismissing the named plaintiff's claims with prejudice.

2. Each of the Putative Plaintiffs identified in Exhibit 1 to this motion filed

---

[1] *Bonnie Norman, Individually and on Behalf of All Others Similarly Situated v. Independent Case Management, Inc.* U.S.D.C., Eastern District of Arkansas, Case No. 4:20-cv-492-DPM.

1

a notice of consent in the Collective Action asserting claims against ICM for alleged overtime violations of the Fair Labor Standards Act and the Arkansas Minimum Wage Act. On September 15, 2022, the Putative Plaintiffs and ICM entered into a tolling agreement, to provide time for possible resolution of the Putative Plaintiffs' claims.

3. The Parties have conferred and, in an attempt, to come to a resolution in an efficient and cost-effective manner and to conserve judicial resources, the Parties jointly request that the Court refer this case to a magistrate judge for a settlement conference to be held at the magistrate judge's earliest convenience. The Parties request that the claims of the Putative Plaintiffs also be taken up at the settlement conference.

4. This joint motion is filed in good faith and not for the purpose of delaying the resolution of this case or for any other improper purpose.

WHEREFORE, Plaintiff Alexis Brown, the Putative Plaintiffs, and Defendant Independent Case Management, Inc. respectfully request that the Court grant their joint motion, and refer this case to a magistrate judge to hold a settlement conference at the judge's earliest convenience, and for all other relief to which they are entitled.

SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy., Suite 510
Little Rock, AR 72211
EM: sean@sanfordlawfirm
EM: josh@sanfordlawfirm.com
Sean Short (2015079)
Joshua Sanford (2001037)

*Attorneys for Plaintiff Alexis Brown and the Putative Plaintiffs*

And

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
PH:   (501) 371-0808
FAX:  (501) 376-9442
EM:   ryoung@wlj.com
William Stuart Jackson (92189)
Regina Young (96161)
Daveante Jones (2016163)

*Attorneys for Independent Case Management, Inc.*

# **EXHIBIT 1**

Mari-Lou Ashley, Rebecca Baker, Brian Bell, Starletta Biggs, Thomas Booth, Kyle Borders, Aurtheau Briggs, Alexis Brown, Tammy Burris, Lois Callaway, Sarah Carlson, Ashley Carter, Larry Charles, Brandy Davis Jackson, Jessica Duft, Cynthis Dykes, Monica Edwards, Ronald Epps, Jessica Farris, Terence Fountain, Rebecca Galbert, Donna Garden, Danyale Guy, Tonya Hargan, Terry Hayhurst, Helen Hogan, Helen Hollingsworth, Laura Howard-Ward, Amanda Hunter, Lena Jenkins, Yolanda Johnson, Stan Julich, Deborah Kemp, Herbert Lambert, Maria Leach, Jasmine Lemons, Pauline Lewis, Demetria Lewis, Quieren Lewis, Tina Marks, Christy Marshall, Herbert McCall, Sonia McCutchen, Roxanna Mendoza, Brittney Metz, Christy Milburn Smith, Keanna Miller, Lorrie Mitchell, Patricia Montelongo, Carletta Morris, Karla Mount, Maranda Negrete, Tenika Nixon, Kelley Osiro, Raniesha Parker, Cortney Pense, Davon Polk, Travon Polk, Ron Pullease, Tammy Pullen, Jesse Randolph, Tiara Redden, Kayli Rocket, Emma Ross, Hector Saavedra, Jacqueline Singleton, Kimberly Smith, Ora Smith, Georgann Smith, Joyce Sproles, John Sproles, Bethany Stewart, Sylvia Stockstill, Tasia Strong, Darlene Thompson, Shenell Thompson, Janice Tippitt, Veronica Tucker, Alex Turner, Gary Vance, Amy Walker, Louis Washausen, Devin Washausen, Tonya Watson, Edward Watson, Julie Weaver, and Keyia Wyatt.