IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALEXIS BROWN                                                                                          PLAINTIFF

VS.                                              NO. 4:22-cv-502 DPM

INDEPENDENT CASE MANAGEMENT, INC.                                         DEFENDANT

## JOINT STATUS REPORT

Plaintiff Alexis Brown and Defendant Independent Case Management, Inc. (collectively "the Parties"), each by and through their undersigned counsel submit the following report as required pursuant to this Court's Final Scheduling Order (ECF No. 8):

1.  **Status of Discovery**: Discovery is ongoing.  Defendant served written discovery on plaintiff in May, 2023, and is still waiting on plaintiff to produce some of the requested documents, including plaintiff's tax returns for 2018 and 2019.  Defendant recently asked plaintiff about the status of the tax returns, and plaintiff has not responded.  If the parties are not able to resolve the discovery dispute, a Joint Report of Discovery Dispute will be filed.  Defendant has requested the deposition of plaintiff should the parties not reach a settlement.

2.  **Settlement**: The Parties have filed a Joint Motion for Referral to Magistrate Judge for Settlement Conference. *See* ECF No. 15.  If the case is not settled, the Parties anticipate needing two days for trial.

3.  **Pending Motions**: The Joint Motion for Referral to Magistrate Judge for Settlement Conference is the only pending motion.

3000921-v1

SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy., Suite 510
Little Rock, AR 72211
EM: sean@sanfordlawfirm
EM: josh@sanfordlawfirm.com
Sean Short (2015079)
Joshua Sanford (2001037)

*Attorneys for Plaintiff Alexis Brown*

And

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
PH:   (501) 371-0808
FAX: (501) 376-9442
EM:   ryoung@wlj.com
William Stuart Jackson (92189)
Regina Young (96161)
Daveante Jones (2016163)

*Attorneys for Independent Case Management, Inc.*