**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE**
**500 WEST CAPITOL AVENUE, ROOM 244**
**LITTLE ROCK, ARKANSAS 72201**

BENECIA B. MOORE                                                                    (501) 604-5120
UNITED STATES MAGISTRATE JUDGE                                    FAX# (501) 435-3821

# ORDER SCHEDULING SETTLEMENT CONFERENCE

November 13, 2023

Delivered by mail to:

Mr. Joshua Sanford                                          josh@sanfordlawfirm.com
Mr. Sean Short                                                 sean@sanfordlafirm.com
Sanford Law Firm, PLLC
10800 Financial Centre Parkway
Little Rock, AR 72211

Mr. William Stuart Jackson                             wjackson@wlj.com
Ms. Regina Ann Young                                    ryoung@wlj.com
Wright, Lindsey & Jennings
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201

Re:     *Alexis Brown v. Independent Case Management, Inc.*,
          Case No. 4:22-CV-00502-DPM

Dear Counsel:

This case is scheduled for a settlement conference on Tuesday, December 12, 2023, at 10am in courtroom 4B of the Federal Courthouse in Little Rock, Arkansas. This Letter-Order sets forth requirements that the parties must address before the settlement conference. Please review it carefully.

Counsel are instructed to bring with them to the settlement conference the client or client representative with authority to agree to a full and complete settlement in this case.

To assist me in preparing for this settlement conference, I am requesting that each party submit an *ex parte*, confidential settlement statement that openly and honestly discusses the topics listed below.  The confidential statements should not be filed with the Clerk of the Court, nor served on another party.  The settlement statements are for my review only and will remain confidential.

Your confidential statements should address the following issues:

(1) The current status of settlement negotiations, including the most recent settlement demand and settlement offer exchanged between counsel;

(2) An honest summary of the major weaknesses in each side's case, both factual and legal;

(3) Each side's current realistic assessment of the actual range within which this case should be settled; and

(4) An honest assessment of the obstacles to reaching settlement and your best ideas for overcoming these obstacles.

Please email your settlement statements to chambers at bbmchambers@ared.uscourts.gov no later than noon on Tuesday, December 5, 2023. Please also include a list of all parties, party representatives and counsel who will attend the conference. If there is anything else you'd like me to review that supports your case, please attach it to your confidential settlement statement.

In addition to submitting *ex parte* settlement statements, the parties **must** exchange written settlement demands/responses before the settlement conference. If this has already been done, please note that in your settlement statement.

If you have any questions or ideas for increasing settlement prospects, please contact Kristy Rochelle at (501) 604-5124. I look forward to seeing you all on December 12 and working together to get this case resolved.

Sincerely,

Benecia B. Moore
U.S. Magistrate Judge