UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALEXIS BROWN                                                                                       PLAINTIFF

V.                                        4:22-CV-00502-DPM

INDEPENDENT CASE MANAGEMENT, INC.                                      DEFENDANT

### ORDER

Attorneys Josh Sanford, Stuart Jackson, and Regina Young, along with Plaintiff Alexis Brown and client representatives Josh Wilson and Kathryn Rogers, are hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the courthouse on December 12, 2023, during regular business hours subject to the following rules:

(a) The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b) Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(c) Before persons with electronic devices are granted entry into the Courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes but is not limited to placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(d) The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

Dated this 5th day of December, 2023.

*Benecia Moore*

UNITED STATES MAGISTRATE JUDGE