IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALEXIS BROWN**  **PLAINTIFF**

vs.  No. 4:22-cv-502-DPM

**INDEPENDENT CASE MANAGEMENT, INC.**  **DEFENDANT**

### JOINT NOTICE OF SETTLEMENT AND REQUEST FOR CLARIFICATION

Plaintiff and Defendant, by and through their undersigned counsel, submit this Joint Notice of Settlement and Request for Clarification and state as follows:

1. On 1 June 2022, Plaintiff Alexis Brown filed this action against Independent Case Management ("ICM"), alleging violations of the Fair Labor Standards Act ("FLSA") and the Arkansas Minimum Wage Act ("AMWA"). *See* ECF No. 1.

2. Before the filing of his Complaint on June 1, Brown was a member of a collective action filed by Bonnie Norman against ICM that became decertified by an Order entered by Judge Marshal on 23 May 2022. *See* ECF No. 15.

3. On 12 December 2023, the Parties participated in a Settlement Conference before Judge Benecia Moore which resulted in a settlement agreement resolving all of the claims in this action, as well as the claims of the remaining Putative Plaintiffs from the decertified FLSA Collective Action in the case styled *Bonnie Norman et al. v. Independent Case Management, Inc.*, U.S.D.C. (E.D. Ark.), Case No. 4:20-cv-492-DPM.

4. Accordingly, it is the Parties' intent and preference to file a Motion for Leave to File a First Amended and Substituted Complaint in order to add the remaining Putative Plaintiffs as Plaintiffs to this action and subsequently file a Joint Stipulation of Dismissal

with Prejudice once the settlement agreement has been effectuated.

    5.    There is currently a split in the Eastern District of Arkansas regarding court approval of settlements that involve FLSA claims.

    6.    Some courts require that FLSA cases be reviewed for settlement approval; other courts refuse to review FLSA cases; other courts fall somewhere in between. *See James Smiley v. Deli Partners, LLC,* 2018 U.S. Dist. LEXIS 64594 (E.D. Ark., April 17, 2018) (in which Judge J. Leon Holmes required approval of a FLSA collection action settlement); *see also Thomas Willer v. Ark. Cty. Co-Op*, 2018 U.S. Dist. LEXIS 193793 (E.D. Ark., Nov. 14, 2018) (granting the parties' Joint Stipulation of Dismissal with Prejudice, on the basis that they had settled, without approval of said settlement); *see also Justin Bell et al. v. Amazon Logistics*, *Inc.,* 2022 U.S. Dist. LEXIS 229889 (E.D. Ark., Dec. 21, 2022) (granting the parties' Joint Stipulation of Dismissal with Prejudice, on the basis that they had settled, without approval said settlement).

    7.    In precedent matters, this Court's stance has been to require approval of settlements involving FLSA claims. *See Raymond Hatcher et al. v. Frank A. Rogers & Co.,* 2018 U.S. Dist. LEXIS 203179 (E.D. Ark., Nov. 30, 2018); *see also Allan Carson et al., v. Peco Foods, Inc.,* 2023 U.S. Dist. LEXIS 229571 (E.D. Ark., Dec. 27, 2023).

    8.    Given the split within the Eastern District of Arkansas on this issue, the Parties request clarification from this Court on whether a Motion for Approval of their settlement will be required.

    9.    The Parties anticipate filing either a Motion for Approval of Settlement or a Joint Stipulation of Dismissal 45 days from the Court's Order on this Joint Notice of Settlement and Request for Clarification.

WHEREFORE, Plaintiff and Defendant jointly notify the Court that they have reached a settlement resolving all claims alleged in this case and respectfully request clarification from the Court on the issue of approval of the settlement.

        Respectfully submitted,

        **PLAINTIFF ALEXIS BROWN**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (800) 615-4946

        Sean Short
        Ark. Bar No. 2015079
        sean@sanfordlawfirm.com

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

**and**    **DEFENDANT INDEPENDENT CASE MANAGEMENT, INC.**

        WRIGHT, LINDSEY & JENNINGS LLP
        200 West Capitol Avenue, Suite 2300
        Little Rock, Arkansas 72201
        Telephone: (501) 371-0808

        */s/ William Stuart Jackson*
        William Stuart Jackson
        Ark. Bar No. 92189
        wjackson@wlj.com

        Regina A. Young
        Ark. Bar No. 96161
        ryoung@wlj.com

        Daveante Jones
        Ark. Bar No. 2016163
        dljones@wlj.com