IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION


**ALEXIS BROWN et al.**                                          **PLAINTIFF**


vs.                              No. 4:22-cv-502-DPM


**INDEPENDENT CASE MANAGEMENT, INC.**                    **DEFENDANT**


### JOINT STIPULATION OF DISMISSAL OF CERTAIN
### PLAINTIFFS WITHOUT PREJUDICE


Plaintiff Alexis Brown and Defendant Independent Case Management, Inc., by and through their undersigned counsel, for their Stipulation of Dismissal of Certain Plaintiffs without Prejudice, state as follows:

1.      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby jointly stipulate to the dismissal of the following Plaintiffs without prejudice:

       a.      Terry Hayhurst

       b.      Stan Julich

       c.      Pauline Lewis

       d.      Georgann Smith

2.      The dismissal of these Plaintiffs is not intended to, and will not, affect the claims of any other Plaintiffs.

**Page 1 of 2**
**Alexis Brown et al. v. Independent Case Management, Inc.**
**U.S.D.C. (E.D. Ark.) Case No. 4:22-cv-502-DPM**
**Joint Stipulation of Dismissal of Certain Plaintiffs without Prejudice**

Respectfully submitted,

**PLAINTIFF ALEXIS BROWN et al.**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and  **DEFENDANT INDEPENDENT CASE
MANAGEMENT, INC.**

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201
Telephone: (501) 371-0808

*/s/ William Stuart Jackson*
William Stuart Jackson
Ark. Bar No. 92189
wjackson@wlj.com

Regina A. Young
Ark. Bar No. 96161
ryoung@wlj.com

Daveante Jones
Ark. Bar No. 2016163
dljones@wlj.com

**Page 2 of 2**
**Alexis Brown et al. v. Independent Case Management, Inc.**
**U.S.D.C. (E.D. Ark.) Case No. 4:22-cv-502-DPM**
**Joint Stipulation of Dismissal of Certain Plaintiffs without Prejudice**