IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALEXIS BROWN, et al.                                                              PLAINTIFFS

VS.                                    NO. 4:22-cv-502 DPM

INDEPENDENT CASE MANAGEMENT, INC.                                 DEFENDANT

### MOTION TO EXTEND TIME TO ANSWER AMENDED COMPLAINT

Defendant Independent Case Management, Inc. ("ICM"), for its motion to extend time to answer the amended complaint, states:

1. As part of the proposed settlement of this case, counsel for plaintiffs filed an amended complaint to add several individual plaintiffs, most of whom wish to participate in the proposed settlement.

2. Pending the Court's review of the proposed settlement, ICM seeks additional time to file its answer, which is presently due on or about April 4, 2024.

3. Defendant requests that it be given up to and including May 10, 2024, to answer or respond to the amended complaint (if needed).

4. Counsel for defendant sent an e-mail to counsel for plaintiffs yesterday afternoon about this request, but no response has been received as of yet.

WHEREFORE, defendant Independent Case Management, Inc. respectfully requests that the Court grant its motion to extend time to answer and award all other appropriate relief.

3091734-v1

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
wjackson@wlj.com

William Stuart Jackson (92189)

*Attorneys for Defendant*