# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ALEXIS BROWN; MARI-LOU ASHLEY;
REBECCA BAKER; STARLETTA BIGGS;
THOMAS BOOTH; KYLE BORDERS;
LOIS CALLAWAY; ASHLEY CARTER;
BRANDY DAVIS; RONALD EPPS;
JESSICA FARRIS; DONNA GARDEN;
TONYA HARGAN; TERRY HAYHURST;
HELEN HOGAN; HELEN HOLLINGSWORTH;
STAN JULICH; PAULINE LEWIS; TINA
MARKS; ROXANA MENDOZA; BRITTNEY
METZ; CHRISTY MILBURN-SMITH;
KEANNA MILLER; LORRIE MITCHELL;
CARLETTA MORRIS; KARLA MOUNT;
MARANDA NEGRETE; RANIESHA PARKER;
CORTNEY PENSE; DAVON POLK; TRAVON
POLK; RON PULLEASE; KAYLIE ROCKETT;
EMMA ROSS; JACQUELINE SINGLETON;
GEORGANN SMITH; KIMBERLY SMITH;
ORA SMITH; JOYC E SPROLES; BETHANY
STEWART; SYLVIA STOCKSTILL; TASIA
STRONG; VERONICA TUCKER; ALEX
TURNER; AMY WALKER; DEVIN
WASHAUSEN; LOUIS WASHAUSEN;
JULIE WEAVER; and KEYIA WYATT,
Each Individually and On Behalf of All Others
Similarly Situated                                              PLAINTIFFS

v.                    No. 4:22-cv-502-DPM

INDEPENDENT CASE MANAGEMENT, INC.           DEFENDANT

## ORDER

1. Stipulation, *Doc. 26*, noted. Terry Hayhurst, Stan Julich, Pauline Lewis, and Georgann Smith's claims are dismissed without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. The joint motion, *Doc. 25*, is granted as modified. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of the parties' wage-related dispute. And the parties are negotiating the attorney's fees and costs separately. The amended complaint will be dismissed with prejudice in due course. But, the Court prefers to withhold Judgment until the fee-related issues are resolved. Any motion for costs and attorney's fees due by 17 May 2024.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 May 2024