IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALEXIS BROWN, et al.**                                                                 **PLAINTIFF**

vs.                                      No. 4:22-cv-502-DPM

**INDEPENDENT CASE MANAGEMENT, INC.**                              **DEFENDANT**

**JOINT NOTICE OF REMAINING SETTLEMENT**

Plaintiffs Alexis Brown ("Brown"), et al., and Defendant Independent Case Management, Inc., by and through their undersigned counsel, hereby submit the following Joint Notice of Remaining Settlement:

1. Brown brought this action against Defendant alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq.* ("AMWA").

2. The Parties reached an agreement to settle Plaintiff's alleged claims for wages during a settlement conference before Magistrate Judge Benecia Moore on 12 December 2023. The Parties also reached a tentative settlement on behalf of a group of individuals who had previously entered into a tolling agreement with Defendant along with Brown ("Putative Plaintiffs"). The issue of appropriate costs and attorneys fees payable to Plaintiffs' counsel was left open by the Parties until the settlement as to Putative Plaintiffs was resolved.

3. On 22 March 2024, Putative Plaintiffs filed a First Amended and Substituted Complaint, joining the case as party-plaintiffs.

4.  On the same date, Defendants and the Putative Plaintiffs who wished to remain in the case and take part in the proposed settlement (along with Brown, these individuals are referred to hereinafter as "Plaintiffs") filed their Joint Motion for Approval of Liability Settlement. ECF No. 25.

5.  On 17 April, this Court granted the Parties' Motion and ordered that any motion for fees and costs be filed by 17 May. ECF No. 29.

6.  Since the entry of the Court's Order approving the Parties' liability settlement, Plaintiffs and Defendant reached a settlement in principle resolving Plaintiffs' claims for attorneys' fees and costs in the lawsuit.

7.  Accordingly, the motion for attorneys' fees and costs is no longer forthcoming, and no further dispute remains in this case apart from performance as contemplated by the Parties' agreement.

Respectfully submitted,

**PLAINTIFF ALEXIS BROWN et al.**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

   **and** **DEFENDANT INDEPENDENT CASE MANAGEMENT, INC.**

    WRIGHT, LINDSEY & JENNINGS LLP
    200 West Capitol Avenue, Suite 2300
    Little Rock, Arkansas 72201
    Telephone: (501) 371-0808

    */s/ William Stuart Jackson*
    William Stuart Jackson
    Ark. Bar No. 92189
    wjackson@wlj.com

    Regina A. Young
    Ark. Bar No. 96161
    ryoung@wlj.com

    Daveante Jones
    Ark. Bar No. 2016163
    dljones@wlj.com