# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ALEXIS BROWN; MARI-LOU ASHLEY; REBECCA BAKER; STARLETTA BIGGS; THOMAS BOOTH; KYLE BORDERS; LOIS CALLAWAY; ASHLEY CARTER; BRANDY DAVIS; RONALD EPPS; JESSICA FARRIS; DONNA GARDEN; TONYA HARGAN; TERRY HAYHURST; HELEN HOGAN; HELEN HOLLINGSWORTH; STAN JULICH; PAULINE LEWIS; TINA MARKS; ROXANA MENDOZA; BRITTNEY METZ; CHRISTY MILBURN-SMITH; KEANNA MILLER; LORRIE MITCHELL; CARLETTA MORRIS; KARLA MOUNT; MARANDA NEGRETE; RANIESHA PARKER; CORTNEY PENSE; DAVON POLK; TRAVON POLK; RON PULLEASE; KAYLIE ROCKETT; EMMA ROSS; JACQUELINE SINGLETON; GEORGANN SMITH; KIMBERLY SMITH; ORA SMITH; JOYC E SPROLES; BETHANY STEWART; SYLVIA STOCKSTILL; TASIA STRONG; VERONICA TUCKER; ALEX TURNER; AMY WALKER; DEVIN WASHAUSEN; LOUIS WASHAUSEN; JULIE WEAVER; and KEYIA WYATT, Each Individually and On Behalf of All Others Similarly Situated                                                                                                                                                                        PLAINTIFFS

v.                                      No. 4:22-cv-502-DPM

INDEPENDENT CASE MANAGEMENT, INC.                    DEFENDANT

-2-

## JUDGMENT

The amended complaint is dismissed with prejudice. The Court retains jurisdiction until 5 August 2024 to enforce the parties' settlement.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 June 2024